UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Abdikarim Kulane,  Civ. No. 21-2052 (PAM/JFD)

      Plaintiff,

v.  **ORDER**

Great American Assurance
Company,

      Defendant.

This matter is before the Court on the parties' Stipulation of Dismissal with prejudice. (Docket No. 25.)

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice**, and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   June 15, 2022

                                          *s/Paul A. Magnuson*
                                          Paul A. Magnuson
                                          United States District Court Judge